# OFFICIAL SYLLABI
## Ohio Appeals

EISENZIMMER v. CONN. FIRE INS. CO.

Ohio Appeals, 9th Dist., Summit Co.

Decided Dec. 11, 1924.

May & May, Akron, for Eisenzimmer.

Mooney, Bibbee & Edmonds, Columbus, and Mather, Nesbitt & Wilkie, Akron, for Fire Ins. Co.

**533. FIRE INSURANCE—480. Evidence.**
1. In an action on a fire insurance policy, in which the company denies that proof of loss was made within the stipulated period, it is prejudicial error for the trial court to reject testimony proffered by plaintiff in support of his allegation that he relied on statements made to him by the agent and adjuster of said company to the effect that there would be nothing further required by way of proof of loss or otherwise.

**647. INSURANCE.**
2. Payment of the policy having been refused on the ground that plaintiff was not the sole owner of the property, as shown by the deed therefore in which plaintiff and his wife appear as the grantees, it was prejudicial error for the trial court to exclude testimony offered by plaintiff to prove that he is such sole owner.

**615. HUSBAND & WIFE.**
3. The procuring of insurance by a wife in the name of her husband, is in the nature of a disclaimer that she possesses any interest in the property, and an admission that the property insured belongs to her husband.

For reference to full opinion, see Omnibus Index, last page, this issue.

## Weekly Report of NEW CASES DOCKETED

For full history of these cases see Omnibus Index, last page.

### August 4, 1928

21327—State ex Watmough et v. Cortland Banking Co.; in mandamus. Pierson & Hecklinger, Warren, for plaintiff.

### August 7, 1928

21228—Poppleton, Mdmr., etc. v. Briner; motion for Delaware Appeals to certify. Berne Jones and Smth W. Bennett, Columbus, for plaintiff.

21329—Storm & Sons, Inc. v. Blanchet; motion for Lucas Appeals to certify. Taber, Chittenden, Daniels & Cochran, Toledo, for plaintiff; Tracy, Chapman & Welles, Toledo, for defendant.

21330—Logan v. Close; motion for Summit Appeals to certify. Daniel F. McCowan, Akron, for plaintiff; Sheck, Stevens & Hargraves, Akron, for defendant.

21331—Spiers, Admr. etc. v. Schell; motion for Hamilton to certify. Arthur C. Fricke and Thomas L. Cichie, Cincinnati, for plaintiff; Schindel & Bayless, Cincinnati, for defendant.

### August 8, 1928

21267—Durst et. v. State Ex Walmough et; motion to certify and error to Trumbull Appeals. Warren Thomas, for plaintiff; Pierson & Hecklinger for defendant.

21291—State Ex Pulskamp v. of Mercer County Comrs. et; error to Mercer Appeals.

### August 9, 1928

21260—Collier Shoe Co. et. v. Doherty et; motion to certify and error to Hamilton Appeals. Larback & Garver, Cincinnati, for plaintiff; Simeon M. Johnson, Cincinnati, for defendant.

### August 10, 1928

21332—Cuyahoga County Comrs. v. Boles, Admrx., etc.; motion for Cuyahoga Appeals to certify. E. C. Stanton and Donald Kennedy, Cleveland, for plaintiff; James L. Lind, Cleveland, for defendant.

21333—Hughes Dairy Co. in re. etc.; motion for Wood Appeals to certify. Benj. F. James, Bowling Green, for plaintiff; N. R. Hannington and Roy D. Avery, Bowling Green, for defendant.